| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Bonnie E. Vidos** | Social Security number or ITIN | **xxx–xx–3602** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number: | **19–22680–CMB** | | |

# Order of Discharge                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Bonnie E. Vidos

10/16/19                                                                 **By the court:**   Carlota M. Bohm
                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-22680-CMB
Bonnie E. Vidos                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin          Page 1 of 2          Date Rcvd: Oct 16, 2019
                              Form ID: 318         Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
db             +Bonnie E. Vidos,    346 Elm Court,    Pittsburgh, PA 15237-2615
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15081717       +Mr. Cooper Mortgage,    350 Highland Drive,    Lewisville, TX 75067-4488
15081718       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QRSHEARER.COM Oct 17 2019 07:23:00      Robert Shearer,    5703 Brewster Lane,
                 Erie, PA 16505-1109
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2019 03:55:42       Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com Oct 17 2019 03:56:56       Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +EDI: PRA.COM Oct 17 2019 07:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15081711       +EDI: BANKAMER2.COM Oct 17 2019 07:23:00      Bank of America,    P.O. Box 17054,
                 Wilmington, DE 19884-0001
15081712       +EDI: TSYS2.COM Oct 17 2019 07:23:00      Barclays Bank Delaware,    125 S West Street,
                 Wilmington, DE 19801-5014
15081713       +EDI: SEARS.COM Oct 17 2019 07:23:00      Citibank Sears,    P.O. Box 6282,
                 Sioux Falls, SD 57117-6282
15081714       +EDI: WFNNB.COM Oct 17 2019 07:23:00      Comenity Bank/Old Pueblo Traders,    P.O. Box 182789,
                 Columbus, OH 43218-2789
15081715       +EDI: WFNNB.COM Oct 17 2019 07:23:00      Home Shopping Network,    PO Box 659707,
                 San Antonio, TX 78265-9707
15081716       +E-mail/Text: bknotices@mbandw.com Oct 17 2019 03:56:32       McCarthy Burgess & Wolff,
                 The MBW Building,    26000 Cannon Road,    Bedford, OH 44146-1807
15081719        EDI: RMSC.COM Oct 17 2019 07:23:00      Syncb/BP,    PO Box 965023,    Orlando, FL 32896-5023
15081720        EDI: RMSC.COM Oct 17 2019 07:23:00      Syncb/Evine,    PO Box 965023,    Orlando, FL 32896-5023
15081721        EDI: RMSC.COM Oct 17 2019 07:23:00      Syncb/QCard,    PO Box 965020,    Orlando, FL 32896-5020
15082176       +EDI: RMSC.COM Oct 17 2019 07:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15081722        EDI: RMSC.COM Oct 17 2019 07:23:00      Synchrony Bank/Stein Mart,    PO Box 965020,
                 Orlando, FL 32896-5020
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL    ASSOCIATION
aty*           +Robert Shearer,    5703 Brewster Lane,    Erie, PA 16505-1109
                                                                                      TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert Shearer    information@robertshearer.com, rshearer@ecf.axosfs.com;rspclaw@gmail.com
              Robert Shearer    on behalf of Trustee Robert   Shearer information@robertshearer.com,
               rshearer@ecf.axosfs.com;rspclaw@gmail.com
```

```
District/off: 0315-2           User: admin              Page 2 of 2              Date Rcvd: Oct 16, 2019
                               Form ID: 318             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Shawn N. Wright    on behalf of Debtor Bonnie E. Vidos shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com

TOTAL: 7